UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Steven McKelvey,<br><br>               Petitioner,<br><br>    v.<br><br>United States of America,<br><br>               Respondent. | C/A No. 6:03-1764-GRA<br><br>**ORDER**<br>(Written Opinion) |

Petitioner moves this Court to issue a certificate of appealability under 28 U.S.C. § 2253(c)(2).  Petitioner previously moved before this Court for a certificate of appealability pursuant to § 2253(c)(2) on July 22, 2005.  This Court denied Petitioner's motion by Order filed August 23, 2005.  This Court has considered the Petitioner's current motion and denies the Petitioner's second request for a certificate of appealability.

Petitioner brings this claim *pro se*.  This Court is required to construe *pro se* pleadings liberally.  Such pleadings are held to a less stringent standard than those drafted by attorneys.  *Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978).  This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim.  *Haines v. Kerner*, 404 U.S. 519, 520 (1972).

## II.  DISCUSSION

A certificate of appealability will not issue for claims addressed by a district court

on the merits absent a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).  Petitioner alleges he has made such a showing.  However, petitioner's request for a certificate of appealability is absolutely devoid of any valid argument or support for this contention.  "[W]here a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Miller-El v. Cockrell*, 123 S. Ct. 1029, 1040 (2003).  Accordingly, the burden is on the petitioner to make such a showing and he has failed to do so. Further, this Court denied petitioner's previous motion for a certificate of appealability on August 23, 2005, finding that the petitioner failed to make the requisite showing.

### III.  CONCLUSION

Petitioner has not shown the he meets the standard required to issue a certificate of appealability.  Therefore, petitioner's motion for a certificate of appealability is DENIED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

October 19, 2005

## NOTICE OF RIGHT TO APPEAL

Petitioner has the right to appeal this Order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, will waive the right to appeal.